UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

RONALD A. DISHMON, SR.,

Plaintiff,

v.

TEAM CAR CARE, LLC d/b/a JIFFY LUBE,

Defendant.

Case No. 2:25-cv-01794-APG-EJY

**ORDER**

Pending before the Court is Plaintiff's First Amended Complaint, which was filed with permission of the Court. ECF Nos. 5, 7. The First Amended Complaint was screened under the standard applicable to *in forma pauperis* pleadings as stated in ECF No. 5.

Plaintiff's First Amended Complaint states a *prima facia* claim of race discrimination. More specifically, Plaintiff establishes that he is a member of a protected class, he suffered an adverse employment action, and he was treated less favorably than those outside of his protected class. Plaintiff also states a *prima facia* claim of retaliation. Plaintiff states he engaged in protected activity, he suffered an adverse action, and there is a causal connection between the two. Plaintiff attaches a Right to Sue letter to his First Amended Complaint demonstrating he initiated this action in a timely manner. ECF No. 7-1.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's First Amended Complaint (ECF No. 7), stating a *prima facie* claim of race discrimination, may proceed against Defendant Team Car Care LLC.

IT IS FURTHER ORDERED that Plaintiff's claim of retaliation under Title VII may also proceed against Defendant.

IT IS FURTHER ORDERED that the Clerk of Court **must** issue a summons for Defendant Team Car Care LLC d/b/a Jiffy Lube and send the same, together with a copy of Plaintiff's First Amended Complaint (ECF No. 7) and this Order, to the U.S. Marshal Service for service upon Defendant.

1

IT IS FURTHER ORDERED that the Clerk of Court **must** send Plaintiff one USM-285 form, which Plaintiff **must** complete to the best of his ability to do so and return the same to the U.S. Marshal Service no later than **November 17, 2025**, at the following address:

> Gary G. Schofield
> U.S. Marshal, District of Nevada
> Lloyd D. George Federal Courthouse
> 333 Las Vegas Blvd. S., Suite 2058
> Las Vegas, Nevada 89101

Plaintiff is advised to review Federal Rule of Civil Procedure 4 regarding service of a complaint on a business (corporate) entity. Plaintiff is further advised to review the Nevada Secretary of State Business Entity Search website for the identity and address for Team Car Care LLC's registered agent upon whom service of his First Amended Complaint should be made.

IT IS FURTHER ORDERED that the U.S. Marshal Service **must** attempt service on Team Car Care, LLC no later than twenty-one (21) days after it receives the completed USM-285 form from Plaintiff. Service **must be made on the registered agent and <u>not</u> on an administrative assistant or other employee of Team Car Care LLC unless that individual states he/she is authorized to accept service**.

IT IS FURTHER ORDERED that Plaintiff's failure to return the completed USM-285 form to the US. Marshal Service will prevent service on Team Car Care LLC and may ultimately lead to dismissal of this case.

Dated this 29th day of October, 2025.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE